**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Southern District of Indiana

Case number (*If known*): _____    Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Buehler, Inc. | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 2 0 - 4 0 9 0 2 0 4 | |
| 4. **Debtor's address** | **Principal place of business** 307 Newton Street Jasper, IN 47546 Dubois County County | **Mailing address, if different from principal place of business** **Location of principal assets, if different from principal place of business** |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  Buehler, Inc.  
        Name

Case number (*if known*)_____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

  4  4  5  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When ___/___/_____ Case number _____
              MM / DD / YYYY
          District _____ When ___/___/_____ Case number _____
              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  Buehler, LLC     Relationship _____
         District  Southern District of Indiana    When  10/17/2018
                                                         MM / DD / YYYY
         Case number, if known _____

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor    Buehler, Inc.
          Name                                                              Case number (*if known*)_____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☒ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Voluntary Petition for Non-Individuals Filing for Bankruptcy

Debtor  Buehler, Inc.
       Name

Case number (if known)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/17/2018
             MM  / DD / YYYY

X /s/ David Buehler
Signature of authorized representative of debtor

David Buehler
Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

X /s/ James R. Irving
Signature of attorney for debtor

Date  10/17/2018
      MM  / DD / YYYY

James R. Irving
Bingham Greenebaum Doll LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202

(502) 587-3606
Contact phone

jriving@bgdlegal.com
Email address

96048
Bar number

KY
State

And

April A. Wimberg
Bingham Greenebaum Doll LLP
3500 PNC Tower
101 South Fifth St.
Louisville, KY 40202

(502) 587-3719
Contact phone

awimberg@bgdlegal.com
Email address

95741
Bar number

KY
State

Voluntary Petition for Non-Individuals Filing for Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | [illegible] | [illegible] | Trade Payable | | | | [illegible] |
| 2 | [illegible] | [illegible] | Trade Payable | | | | [illegible] |
| 3 | [illegible] | [illegible] | Trade Payable | | | | [illegible] |
| 4 | [illegible] | [illegible] | Trade Payable | | | | [illegible] |
| 5 | [illegible] | [illegible] | Trade Payable | | | | [illegible] |
| 6 | [illegible] | [illegible] | Trade Payable | | | | [illegible] |
| 7 | [illegible] | [illegible] | Trade Payable | | | | [illegible] |
| 8 | [illegible] | [illegible] | Trade Payable | | | | [illegible] |

Debtor: Buehler, LLC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | MCKEE FOODS CORPORATION<br>P.O. BOX 750<br>COLLEGEDALE, TN 37315-0750 | (800) 251-6346 Ext. 0000 | ACCOUNTS PAYABLE | | | | 34,589.81 |
| 10 | 7UP BOTTLING COMPANY<br>PO BOX 504547<br>ST. LOUIS, MO 63150-4547 | (800) 433-7014 Ext. 0000 | ACCOUNTS PAYABLE | | | | 34,330.20 |
| 11 | TROYER FOODS INC.<br>PO BOX 608<br>GOSHEN, IN 46527-0608 | (800) 876-9377 Ext. 0000 | ACCOUNTS PAYABLE | | | | 32,021.31 |
| 12 | LG&E<br>PO BOX 9001960<br>LOUISVILLE, KY 40290-1960 | (800) 331-7370 Ext. 0000 | ACCOUNTS PAYABLE | | | | 21,880.70 |
| 13 | A2 ADVERTISING<br>161 Saundersville Rd<br>Suite 150<br>Hendersonville, TN 37075 | (615) 859-8183 Ext. 0000 | ACCOUNTS PAYABLE | | | | 21,683.31 |
| 14 | COSNER'S ICE CO.<br>2404 U STREET<br>BEDFORD,, IN 47421 | (812) 279-8930 Ext. 0000 | ACCOUNTS PAYABLE | | | | 21,617.92 |
| 15 | C & C CUSTOM CLEANING<br>PO BOX 583<br>HAWESVILLE, KY 42348 | (270) 927-8202 Ext. 0000 | ACCOUNTS PAYABLE | | | | 18,694.63 |
| 16 | THOMAS REFRIGERATION, INC.<br>401 E CHARLESTOWN AVENUE<br>JEFFERSONVILLE, IN 47130 | (812) 288-8144 Ext. 0000 | ACCOUNTS PAYABLE | | | | 16,989.08 |
| 17 | Derby City Distribution<br>4420 Kiln Ct.<br>Louisville, KY 40218 | ( ) - Ext. | ACCOUNTS PAYABLE | | | | 15,393.46 |
| 18 | HADLEY COMM REFRIGERATION<br>9075 PAYTON RD<br>GREENVILLE, IN 47124 | (502) 523-5480 Ext. CELL | ACCOUNTS PAYABLE | | | | 12,153.01 |
| 19 | Williams Sausage Company<br>5132 Old Troy-Hickman Road<br>Union City, TN 38261 | ( ) - Ext. | ACCOUNTS PAYABLE | | | | 12,151.04 |
| 20 | Diversified Distribution Company<br>129 N RANDOLPH AVE<br>CLARKSVILLE, IN 47129 | (812) 282-6613 Ext. 0000 | ACCOUNTS PAYABLE | | | | 11,413.52 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

Debtor  Buehler, Inc.
        Name

Case number (*if known*) _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Shares | Percent of Ownership | Kind of Interest |
|---|---|---|---|---|
| David Buehler<br>1227 W 31st St<br>Jasper, IN 47546 | EQUITY | | 100% | Common |

LIST OF EQUITY SECURITY HOLDERS

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

Debtor  Buehler, Inc.
        Name

Case number (*if known*) _____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are the corporations, other than a governmental entity, that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

Name and last known address or place of business of holder     Number of Shares or Securities

CORPORATE OWNERSHIP STATEMENT

## SPECIAL RESOLUTIONS OF THE SHAREHOLDERS
## AND BOARD OF DIRECTORS OF BUEHLER, INC.

Dated:_____
Jasper, Indiana

The BOARD OF DIRECTORS OF BUEHLER, INC., an Indiana corporation ("Buehler"), met at Buehler's offices on October ___, 2018, at which meeting a quorum was present. The Shareholders in attendance at the meeting are listed on **Exhibit A** attached hereto.

The purpose of these resolutions is to discuss the status of issues related to Buehler.

Accordingly, after discussion and pursuant to motions duly made, seconded, and lawfully carried, the Board of Directors adopted the following resolutions:

RESOLVED, that Buehler is authorized to seek protection under Chapter 11 of the United States Bankruptcy Code, if and when deemed appropriate, to commence such case in the U.S. Bankruptcy Court for the Southern District of Indiana, and to execute all documents as may be necessary in connection therewith.

FURTHER RESOLVED, that David Buehler shall be, and hereby is, without the joinder of each other or of any other officer or representative of Buehler and without any attestation required, the authorized representative of Buehler with authority to execute and deliver in Buehler's name and on its behalf any and all documents which are, in his opinion, necessary or desirable to take in connection with the foregoing resolution and/or preparation and/or commencement and/or administration of any Chapter 11 proceeding of Buehler.

FURTHER RESOLVED, that Buehler shall (a) indemnify and hold harmless David Buehler, in his capacity as set forth herein, from and against any and all claims, suits, or demands related to the Chapter 11 proceeding, and (b) advance any costs and/or fees associated with the defense and/or prosecution of any and all, claims, suits or demands against him whether in his capacity as a member, manager, agent, or representative of Buehler or otherwise.

FURTHER RESOLVED, that Buehler hereby ratifies any prior advancement or other actions prior to the date hereof taken by Buehler to defend, respond or prosecute any action, claim or demand against the foregoing with respect to any claims, demands, suits or other actions against Buehler and/or David Buehler.

The undersigned hereby certifies the foregoing resolutions were duly adopted by the Board of Directors of Buehler, LLC on the date first set forth above.

BUEHLER, INC.

By: _____
David Buehler, Sole Shareholder and Sole Member of Board of Directors

**EXHIBIT A**
(List of Board of Shareholders and Directors)

## List of Shareholders and Directors in Attendance

- David Buehler, Sole Shareholder and Sole Member of Board of Directors

19672172_1.docx